| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF MASSACHUSETTS | |
| Case number (if known) _____ | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Blank Label Group, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **27-1756183**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **36 Bromfield St, Suite 200**<br>**Boston, MA 02108** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **www.blanklabel.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Blank Label Group, Inc.**   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **4481**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Blank Label Group, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Blank Label Group, Inc.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 26, 2020**
MM / DD / YYYY

X **/s/ Fan Bi**        **Fan Bi**
Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X **/s/ John T. Morrier**        Date **May 26, 2020**
Signature of attorney for debtor        MM / DD / YYYY

**John T. Morrier 628624**
Printed name

**Casner & Edwards, LLP**
Firm name

**303 Congress Street**
**Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone **617-426-5900**        Email address **morrier@casneredwards.com**

**628624 MA**
Bar number and State

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF MASSACHUSETTS | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/25/2020
          MM / DD / YYYY

X _____     **Fan Bi**
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ John T. Morrier**                          Date **May 26, 2020**
Signature of attorney for debtor                        MM / DD / YYYY

**John T. Morrier 628624**
Printed name

**Casner & Edwards, LLP**
Firm name

**303 Congress Street**
**Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone  **617-426-5900**     Email address  **morrier@casneredwards.com**

**628624 MA**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

**Fill in this information to identify the case:**

Debtor name    **Blank Label Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 26, 2020**    X **/s/ Fan Bi**
Signature of individual signing on behalf of debtor

**Fan Bi**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Blank Label Group, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **West Town Bank & Trust** Serviced by Windsor Advantage 320 N. Meridian, Ste 1011 Indianapolis, IN 46204 | Ethan Zallik ezallik@windsoradvantage.com | SBA Term Loan | | $471,787.00 | $0.00 | $471,787.00 |
| **First Republic Bank** Attention: Client Services 160 Federal St. Boston, MA 02110-1700 | SBA_Solutions@firstrepublic.com (617) 478-5380 | SBA Term Loan | | $209,000.00 | $0.00 | $209,000.00 |
| **SBA EIDL** U.S. Small Business Administration Office of Disaster Assistance 14925 Kingsport Rd Fort Worth, TX 76155 | disastercustomerservice@sba.gov 800-659-2955 | SBA Term Loan | | $150,000.00 | $0.00 | $150,000.00 |
| **American Express Merchant Financing** c/o Datamark Inc. Attn: Merchant Financing Counsel 43 Butterfield Circle El Paso, TX 79906 | merchantfinancing@aexp.com 855-298-1209 | Term Loan | | $135,000.00 | $0.00 | $135,000.00 |
| **1518 K Street, LLC** c/o PRI, Inc. 1518 K Street NW, Suite M-100 Attn Nicholas Papadopoulos Washington, DC 20005 | Nicholas Papadopoulos 202-338-9590 | Rent arrears and lease rejection damages re Washington DC premises | | $114,591.00 | $11,318.00 | $103,273.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Blank Label Group, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Credit Card P.O. BOX 1270 Newark, NJ 07101-1270 | AmericanExpress@welcome.aexp.com 800-492-8468 | Credit Card | | | | $103,000.00 |
| Fundation 11501 Sunset Hills Rd Reston, VA 20190 | accountmanagement@fundation.com 888-608-1467 | Term Loan | | | | $79,490.00 |
| Dollar Merchant Financing LLC c/o Forwarding Financing LLC 100 Summer Street Suite 1175 Boston, MA 02110 | online@forwardingfinancing.com 888-244-9099 | Rent arrears and lease rejection damages re sublease of Boston premises | | | | $79,035.00 |
| 135 S Lasalle Property, LLC c/o Am Trust Realty Corp. 250 Broadway Attn: Anne Holker New York, NY 10007 | Anne Holker  aholker@amtrustre.com 212-619-6930 | Rent arrears and lease rejection damages re Chicago, IL premises | | $101,480.00 | $38,000.00 | $63,480.00 |
| Stephen B. Diamond, P.C. c/o SCHWARTZ & KANYOCK LLC 33 N. Dearborn St. Suite 2330 Chicago, IL 60602 | Andy Schwartz  andy@schwartz-lawyer.com (312) 441-1040 | Law Suit | Contingent Unliquidated Disputed | $63,161.00 | $0.00 | $63,161.00 |
| Brex 405 Howard St, Suite 200 San Francisco, CA 94105 | servicing@brex.com (833) 228-2044 | Credit Card | | | | $62,316.00 |
| US VI Tower Point, LLC c/o Northwood Investors LLC 575 Fifth Avenue, 23rd Floor Attn: Shiva Viswanathan New York, NY 10017 | Maria Farias  MFarias@northwoodoffice.com 617-512-1553 | Rent arrears and lease rejection damages re Seaport premises in Boston | | $79,035.00 | $23,583.00 | $55,452.00 |
| Sean Zhao 552 Riverside Dr Apt 3k New York, NY 10027 | yuxiao.sean.zhao@gmail.com 917-215-7042 | Personal Loan | | | | $50,000.00 |
| Bank of America PO BOX 15796 Wilmington, DE 19886-5796 | Zhanna King  zhanna.king@bofa.com 617-467-9317 | Credit Line | | | | $50,000.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

| Debtor | **Blank Label Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Danny Wong**<br>2039 N Meridian Rd Apt 178<br>Tallahassee, FL 32303 | **dannywong1190@gmail.com**<br>617-682-2942 | **Personal Loan** | | | | $45,000.00 |
| **LVA 4 Atlanta Colony Square, L.P.**<br>100 Waugh Street, Suite 600<br>Houston, TX 77007 | **Investment Manager**<br><br>713-533-5860 | **Rent arrears and lease rejection damages re Atlanta GA premises lease** | | $59,736.00 | $18,339.00 | $41,397.00 |
| **Wells Fargo**<br>Wells Fargo SBL<br>PO Box 29482<br>Phoenix, AZ 85038-8650 | **Andrew Ponder**<br><br>Andrew.J.Ponder@wellsfargo.com<br>877-809-5218 | **Credit Line** | | | | $39,000.00 |
| **BlueVine**<br>401 Warren St, Suite 300<br>Redwood City, CA 94063 | **Suzanne Norgaard**<br><br>suzanne.norgaard@bluevine.com<br>650-410-8894 | **Term Loan** | | | | $34,191.00 |
| **American Express Loan**<br>P.O. BOX 1270<br>Newark, NJ 07101-1270 | **AmericanExpress@welcome.aexp.com**<br>800-492-8468 | **Term Loan** | | | | $30,000.00 |
| **Blue Cross Blue Shield of MA**<br>PO Box 986020<br>Boston, MA 02298 | **payment.inquiry@bcbsma.com**<br>888-751-5607 | **Healthinsurance** | | | | $29,260.00 |

# United States Bankruptcy Court
### District of Massachusetts

In re  **Blank Label Group, Inc.**                                   Case No.
                              Debtor(s)                              Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **32 Shareholders** <br> **See Below and Attached List** | **Common Stock** | | **Share in a corporation** |
| **Fan Bi** <br> **12 Flintlock Rd** <br> **Lexington, MA 02420** | **Common stock** | **1600** | **Share in a corporation** |
| **Zeeshan Sheikh** <br> **Everbridge, 25 Corporate Dr** <br> **Burlington, MA 01803** | **Common stock** | **180** | **Share in a corporation** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 26, 2020**                              Signature  **/s/ Fan Bi**
                                                                **Fan Bi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Investor | Shares | Percentage |
|---|---:|---:|
| Fan Bi | 1600.00 | 66.48% |
| Zeeshan Sheikh | 180.00 | 7.48% |
| Michael Kulper | 74.04 | 3.08% |
| Vikas Taneja | 29.61 | 1.23% |
| Drew Volpe | 11.85 | 0.49% |
| Janica Lane | 14.81 | 0.62% |
| Rishi Nangalia Holdings LLC | 17.77 | 0.74% |
| Bridge Boys LLC (Jeremy Levine) | 5.92 | 0.25% |
| David Lazowski | 10.66 | 0.44% |
| Jeremy Hitchcock | 5.92 | 0.25% |
| Supply Chain Ventures, Fund II (David Anderson | 5.92 | 0.25% |
| Seth Lieberman | 14.81 | 0.62% |
| Jennifer Lum | 5.92 | 0.25% |
| Jamie C. Lin | 11.85 | 0.49% |
| Sascha Wilkens | 14.81 | 0.62% |
| Roy Rodenstein | 5.92 | 0.25% |
| Art Papas | 8.88 | 0.37% |
| Jason Lee | 29.61 | 1.23% |
| Amar Kuchinad | 29.61 | 1.23% |
| Eleanor Shannon | 59.23 | 2.46% |
| Francis Clark | 14.81 | 0.62% |
| Richard Beeny | 59.23 | 2.46% |
| Russell Follansbee | 14.81 | 0.62% |
| Vic Melfa | 14.81 | 0.62% |
| Henry Mann | 14.81 | 0.62% |
| Mike Salguero | 20.73 | 0.86% |
| Tom Goins | 14.81 | 0.62% |
| Jonah Petchesky | 14.81 | 0.62% |
| Mustang Group | 59.23 | 2.46% |
| J Douglas Cusick Revocable Trust | 17.77 | 0.74% |
| Jeffrey Thompson | 14.81 | 0.62% |
| Chris Jacobs | 8.96 | 0.37% |
|  |  |  |
| Total | 2406.73 | 100% |

# United States Bankruptcy Court
### District of Massachusetts

In re  **Blank Label Group, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Blank Label Group, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 26, 2020** | **/s/ John T. Morrier** |
| Date | **John T. Morrier 628624** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Blank Label Group, Inc.** |
| | **Casner & Edwards, LLP** |
| | **303 Congress Street** |
| | **Boston, MA 02210** |
| | **617-426-5900  Fax:617-426-8810** |
| | **morrier@casneredwards.com** |